# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

JOHN WESLEY JORDAN, III,

    Plaintiff,

v.                                                            Case No. 2:19-cv-00057

SOUTH CENTRAL REGIONAL JAIL,

    Defendant.

## **PROPOSED FINDINGS AND RECOMMENDATION**

This matter is assigned to the Honorable Thomas E. Johnston, Chief United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On September 23, 2020, the undersigned conducted a telephonic status conference with the plaintiff, John Wesley Jordan, III ("Jordan"), who had been released from custody and was residing at Recovery U in Huntington, West Virginia. No defense representatives participated, as service of process had not occurred.

During the telephone conference, Jordan indicated that he only wished to pursue claims against the Tower Officer(s) who were operating the cell doors in Tower A when his arm was allegedly closed in cell doors on October 8, 2018 and December 21, 2019. However, Jordan was unable to identify those individuals, who were designated as John Doe #1 and John Doe #2. Thus, the court issued two subpoenas on Jordan's behalf, in an attempt to enable him to gather information to permit him to identify the defendants, and

the court set a deadline of November 23, 2020 for Jordan to file a proper amended complaint. (ECF No. 31). The court's Order and Notice further notified Jordan that the failure to comply therewith would result in the undersigned's recommendation to the presiding District Judge that this matter be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. It appears that documents responsive to the subpoenas were produced to Jordan on or about October 22, 2020. (ECF No. 37).

Jordan failed to file an Amended Complaint as ordered. In fact, he has failed to communicate in any way with the court concerning this matter. On March 3, 2021, the defendant, South Central Regional Jail, by counsel, William E. Murray, filed a Motion for Order of Dismissal (ECF No. 38), indicating that Jordan's present location is unknown and that his failure to comply with the court's Order and Notice warrants the dismissal of this action, as warned therein.

Due to Jordan's failure to file an amended complaint, and his failure to keep the court advised of his contact information, as ordered, this court is unable to move this matter forward. Accordingly, the responsibility for the delay in the progress of this matter is entirely on the plaintiff; and dismissal, as warned in the undersigned's Order and Notice, appears to be the only appropriate sanction.

## RECOMMENDATION

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to prosecute this civil action. Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **GRANT** the defendants' Motion for Order of Dismissal (ECF No. 38) and **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The parties are notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Thomas E. Johnston, Chief United States District Judge.  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen days (filing of objections) and then three days (service/mailing), from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection.  Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.  *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).  Copies of such objections shall be served on Chief Judge Johnston.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff and to transmit a copy to counsel of record.

<u>March 9, 2021</u>

Dwane L. Tinsley
United States Magistrate Judge